HOWARD P. CORNING, Respondent, *v.* MASSACHUSETTS ACCIDENT COMPANY, Appellant.

(Argued March 22, 1934; decided April 17, 1934.)

*Robert J. Burritt* for appellant.

*Kennard Underwood* and *Nelson L. Drummond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.